UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 17-34283 |
| Robert R. Fretz, Jr., | § § | |
| | § | Chapter 7 |
| Debtor. | § | |
| SKAI Foundation, | § | |
| Plaintiff, | § § | |
| v. | § § | Adv. No. 17-3414 |
| Robert R. Fretz, Jr., | § § | |
| Defendant. | § | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this adversary proceeding have reached a resolution of this suit in principle. Upon execution of the final settlement agreement, Plaintiff shall dismiss this adversary proceeding with prejudice.

Dated: June 5, 2018.

Respectfully submitted,

By:  /s/ Aaron J. Power
Aaron J. Power
Porter Hedges LLP
State Bar No. 24058058
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 228-1331 (fax)

**Counsel for Plaintiff**

and

/s/ Johnie Patterson
Johnie Patterson
Walker & Patterson P.C.
P.O. Box 61301
Houston, TX 77208
(713) 956-5577
(713) 956-5570 (fax)

**Counsel for Defendant**